**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZHANYUN MA,<br><br>    Plaintiff,<br><br>    v.<br><br>DIR LA ASYLUM OFC; DIR LA DIST; USCIS; DIR USCIS; SEC DHS; US AG,<br><br>    Defendants. | No. 2:23-cv-1827 JSL (SP)<br><br>**ORDER GRANTING JOINT STIPULATION**<br>**TO STAY CASE PENDING ADJUDICATION OF ASYLUM APPLICATION (Doc. 22)** |

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Asylum Application submitted by the parties, and finding good cause,

IT IS HEREBY ORDERED that the instant action shall be stayed until **March 1, 2024.** No later than that date, Plaintiff shall file a notice of dismissal or status report in the action.

Dated: May 17, 2023

JOSEPHINE L. STATON
_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE